B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Central District of California

In re    **Mohamed Magdi Abourched**

Case No. __1:15-bk-10388-AA__

_____
Debtor

Chapter_____7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 395,000.00 | | |
| B - Personal Property | Yes | 6 | 1,198,688.50 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 25,170,517.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 3,696,276.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 5,999.67 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 13,034.45 |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 1,593,688.50 | | |
| Total Liabilities | | | | 28,866,793.00 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Central District of California

In re    **Mohamed Magdi Abourched**

Case No. __1:15-bk-10388-AA__

                                                                    Debtor

Chapter _____ 7 _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Mohamed Magdi Abourched**                    '                    Case No.    **1:15-bk-10388-AA**
_____                    _____
                                Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **17115 Labrador Street Northridge, CA 91325**<br><br>Debtor believes that the value of the subject property is $790,000 less anticipated cost of sale of $63,200, or net value of $726,800. Debtor is separate and apart from wife who does not reside in property. However, wife is entitled to 50% of proceeds if property is sold. (Property is subject to first position deed of trust in favor of Chase in the approximate amount of $710,865; Wife's 50% ownership in the approximate amount of $395,000; a homestead exemption of $75,000. Therefore net equity of negative -$454,065). | **Joint Tenancy** | - | **396,000.00** | **1,357,069.00** |

| | | | | |
|---|---|---|---|---|
| | Sub-Total > | | 395,000.00 | (Total of this page) |
| | Total > | | 395,000.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Mohamed Magdi Abourched**                                          Case No.  **1:15-bk-10388-AA**
_____
                                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Personal Checking Account with Pacific Western Bank** | - | 8,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture, Appliances, and Electronics** | - | 2,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing** | - | 3,000.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life Insurance Policy, Cash Value** | C | 14,119.50 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total >
(Total of this page) | 27,119.50 |

___4___  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mohamed Magdi Abourched**             Case No.   **1:15-bk-10388-AA**

Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% Ownership of MSM Luxury Estates (Limited Assets; No Accounts Receivable) (Owns business with estranged wife.) | C | 500.00 |
| | | 16% Ownership of Iron Mountain I LLC (Only Asset in Property address of 1800-1866 South Stephenson Ave, Iron Mtn, MI 49801) (Income Listed in Schedule I) (Estranged wife is entitled to 50% of debtor's shares.) | C | 472,000.00 |
| | | 27.5% Ownership of 2181 Sylvan Road LLC (Only Asset is Property address of 2181 Sylvan Road LLC, East Point, GA) (No Income) (Estranged wife is entitled to 50% of shares.) | C | 103,040.00 |
| | | Debtor believes that the value of the subject property is $800,000 less anticipated cost of sale of $64,000, or net value of $736,000 (subject to first position deed of trust in favor of Staten 26, LLC in the approximate amount of $640,000). Debtor's interest is 27.5%, of which estranged wife is entitled to 50% of debtor's shares. Therefore net equity of $13,200). | | |
| | | 50% Year One Capital Investment (No Assets, No Accounts Receivable) (Not Currently Generating Income) (Estranged wife is entitled to 50% of debtor's shares.) | C | 0.00 |
| | | 8.69% Ownership of Emster X, LLC (Only Assets are Property addresses of 26 West Polk Street, Coalinga, CA 93210 and 333 Sierra St, Kingsburg, CA 93631) (No Income) (Estranged wife is entitled to 50% of debtor's shares.) (Cross-Collateralized under one loan) | C | 580,000.00 |

Sub-Total >    **1,155,540.00**
(Total of this page)

Sheet   **1**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Mohamed Magdi Abourched**                                                    Case No.  **1:15-bk-10388-AA**
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1.25% Ownership of Monet Software, Inc. (Has Not Generated Income) (Estranged wife is entitled to 50% of debtor's shares.) | C | 0.00 |
| | | 8.69% Ownership of KM International Falls, LLC (Only Asset is Property address of 710 W Tehachapi Blvd, Tehachapi, CA 93561) (Estranged wife is entitled to 50% of debtor's shares.) | C | Unknown |
| | | 100% Ownership of BCEG Construction Managements International, LLC (No Accounts Receivable; Not currently generating income.) (Estranged wife is entitled to 50% of debtor's shares.) | C | 0.00 |
| | | 100% Ownership of Summer Investments Capital, LLC (No Accounts Receivable; Not currently generating income.) (Estranged wife is entitled to 50% of debtor's shares.) | C | 0.00 |
| | | 100% Ownership of Bluesky Wealth Management, LLC (No Accounts Receivable; Not currently generating income.) (Estranged wife is entitled to 50% of debtor's shares.) | C | 0.00 |
| | | 100% Ownership of Ram, LLC (No Accounts Receivable; Not currently generating income.) (Estranged wife is entitled to 50% of debtor's shares.) | C | 0.00 |
| | | 100% Ownership of Ram International Enterprises, LLC (No Accounts Receivable; Not currently generating income.) (Estranged wife is entitled to 50% of debtor's shares.) | C | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >        0.00
(Total of this page)

Sheet  **2**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont

In re    **Mohamed Magdi Abourched**                                    Case No.    **1:15-bk-10388-AA**
_____
                                Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential Lawsuits or counterclaims: Michael Simkins, Esquire - potential claims related to representation Ofer Dayan - potential counterclaim Passmore - potential counterclaim (See Statement of Financial Affairs).** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2014 BMW 750i (Lease)** | - | **0.00** |
| | | **2013 Kia Sorento (Balance: $16,508)** | - | **14,829.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer, Desks, Chairs, (2) Scanner/Printer/Fax** | - | **1,000.00** |

Sub-Total >                **15,829.00**
(Total of this page)

Sheet    **3**    of    **4**    continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Mohamed Magdi Abourched**                                    Case No.  **1:15-bk-10388-AA**
                                                        _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **(1) Dog - 8 YO Yorkshire Terrier** | - | 200.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Pending Commissions** | - | 0.00 |

|  | Sub-Total > | 200.00 |
|---|---|---|
| (Total of this page) | | |
| | Total > | 1,198,688.50 |

(Report also on Summary of Schedules)

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

In re  **Mohamed Magdi Abourched**                                     Case No.  **1-15-bk-10388-AA**
_____
                          Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
  ☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment)*
  ☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> **17116 Labrador Street** <br> **Northridge, CA 91325** | C.C.P. § 703.140(b)(1) | 1.00 | 790,000.00 |
| Debtor believes that the value of the subject property is $790,000 less anticipated cost of sale of $63,200, or net value of $726,800. Debtor is separate and apart from wife who does not reside in property. However, wife is entitled to 50% of proceeds if property is sold. (Property is subject to first position deed of trust in favor of Chase in the approximate amount of $710,865; Wife's 50% ownership in the approximate amount of $395,000; a homestead exemption of $75,000. Therefore net equity of negative -$464,065). | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> **Personal Checking Account with Pacific Western Bank** | C.C.P. § 703.140(b)(5) | 8,000.00 | 8,000.00 |
| **Household Goods and Furnishings** <br> **Furniture, Appliances, and Electronics** | C.C.P. § 703.140(b)(3) | 2,000.00 | 2,000.00 |
| **Wearing Apparel** <br> **Clothing** | C.C.P. § 703.140(b)(3) | 3,000.00 | 3,000.00 |
| **Interests in Insurance Policies** <br> **Life Insurance Policy, Cash Value** | C.C.P. § 703.140(b)(8) <br> C.C.P. § 703.140(b)(5) | 13,675.00 <br> 444.50 | 28,239.00 |
| **Stock and Interests in Businesses** <br> **27.6% Ownership of 2181 Sylvan Road LLC (Only Asset is Property address of 2181 Sylvan Road LLC, East Point, GA) (No income) (Estranged wife is entitled to 50% of shares.)** | C.C.P. § 703.140(b)(5) | 13,440.00 | 736,000.00 |
| Debtor believes that the value of the subject property is $800,000 less anticipated cost of sale of $64,000, or net value of $736,000 (subject to first position deed of trust in favor of Staten 26, LLC in the approximate amount of $640,000). Debtor's interest is 27.6%, of which estranged wife is entitled to 50% of debtor's shares. Therefore net equity of $13,200). | | | |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

B6C (Official Form 6C) (4/13) -- Cont.

In re    **Mohamed Magdi Abourched**                                    Case No.    **1:15-bk-10388-AA**
                                                                                 _____
                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Potential Lawsuits or counterclaims: Michael Simkins, Esquire - potential claims related to representation Ofer Dayan - potential counterclaim Passmore - potential counterclaim (See Statement of Financial Affairs). | C.C.P. § 703.140(b)(5) | 0.00 | Unknown |
| **Office Equipment, Furnishings and Supplies** | | | |
| Computer, Desks, Chairs, (2) Scanner/Printer/Fax | C.C.P. § 703.140(b)(6) | 1,000.00 | 1,000.00 |
| **Animals** | | | |
| (1) Dog - 8 YO Yorkshire Terrier | C.C.P. § 703.140(b)(3) | 200.00 | 200.00 |

|  |  |  |
|---|---|---|
| Total: | 41,760.50 | 1,568,439.00 |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07) - Cont.

In re    **Mohamed Magdi Abourched**                                    Case No. _____
_____
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. B3381P810, B3341P694 | | | 2007, 2008 Property Tax Lien 16% Ownership of Iron Mountain I LLC (Only Asset in Property address of 1800-1866 South Stephenson Ave, Iron Mtn, MI 49801) (Income Listed in Schedule I) | | | | | |
| Michigan Department of Treasury Office of Collections P. O. Box 30199 Lansing, MI 48909 | - | | | | | | | |
| | | | Value $          6,500,000.00 | | | | 3,983.00 | 3,983.00 |
| Account No. LC088688 | | | 12/01/07 Judgment Lien 17115 Labrador Street Northridge, CA 91325 [522(f) Motion] | | | | | |
| Nelson & Kennard P.O. Box 13807 Sacramento, CA 95853 | - | | | | | | | |
| | | | Value $          790,000.00 | | | | 46,194.00 | 46,194.00 |
| Account No. 52556-312 | | | 2014 Commercial Property Loan 27.5% Ownership of 2181 Sylvan Road LLC (Only Asset is Property address of 2181 Sylvan Road LLC, East Point, GA) (Loan Matures 7/2016) | | | | | |
| Staten 25, LLC Attn: David Zadeh 18210 Hatteras Street Tarzana, CA 91356 | - | | | | | | | |
| | | | Value $          750,000.00 | | | | 640,000.00 | 0.00 |
| Account No. | | | 2005 Commercial Property Loan 16% Ownership of Iron Mountain I LLC (Only Asset in Property address of 1800-1866 South Stephenson Ave, Iron Mtn, MI 49801) (Loan Mature 2016) | | | | | |
| Wells Fargo Loan Servicing Center PO Box 93380 Albuquerque, NM 87199-3380 | - | | | | - | | | |
| | | | Value $          6,500,000.00 | | | | 8,200,000.00 | 1,700,000.00 |
| Account No. 618322922078 | | | 6/01/14 Automobile Loan 2013 Kia Sorento (Balance: $15,508) | | | | | |
| WFS Financial/Wachovia Dealer Srvs PO Box 3569 Rancho Cucamonga, CA 91729 | - | | | | | | | |
| | | | Value $          16,829.00 | | | | 15,508.00 | 0.00 |

Sheet _1_ of _1_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 8,905,685.00 | 1,750,177.00 |
| Total (Report on Summary of Schedules) | 26,770,517.00 | 5,904,144.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Mohamed Magdi Abourched**                                    Case No. _____
_____
                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 2007 Commercial Property Loan 8.8% Ownership of K-Mart Coalinga (Only Asset is Property address of 26 West Polk Street, Coalinga, CA 93210) (No Income) 8.6% Ownership of KM International Falls, LLC (Only Asset is Property | | | | | |
| **Bank of America Mortgage** **Attn: Bankruptcy Dept** **475 Crosspoint Parkway** **Getzville, NY 14068** | | - | | | | | | | | |
| | | | | | Value $              13,000,000.00 | | | | 16,500,000.00 | 3,500,000.00 |
| Account No. 4001912091 | | | | | 8/17/14 | | | | | |
| **BMW Financial Services** **Attn: Bankruptcy Department** **PO Box 3608** **Dublin, OH 43016** | | - | | | Automobile Lease 2014 BMW 750i (Lease) | | | | | |
| | | | | | Value $                        0.00 | | | | 53,967.00 | 53,967.00 |
| Account No. 4651399000832 | | | | | 10/01/04 | | | | | |
| **Chase Manhattan Mortgage** **Attn: Bankruptcy Dept** **3415 Vision Drive** **Columbus, OH 43219** | | - | | | Mortgage 17115 Labrador Street Northridge, CA 91325 | | | | | |
| | | | | | Value $              790,000.00 | | | | 710,865.00 | 0.00 |
| Account No. BC446667 | | | | | 4/01/10 | | | | | |
| **Frandzel Robins Bloom & Csato, L.C.** **6500 Wilshire Blvd, 17th Floor** **Los Angeles, CA 90048** | | - | | | Judgment Lien 17115 Labrador Street Northridge, CA 91325 [622(f) Motion] | | | | | |
| | | | | | Value $              790,000.00 | | | | 600,000.00 | 600,000.00 |

<u>   1   </u>   continuation sheets attached

Subtotal
(Total of this page)          **17,864,832.00**          **4,153,967.00**

B6E (Official Form 6E) (4/13)

In re    **Mohamed Magdi Abourched**                                    Case No. _____
_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                    **0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Mohamed Magdi Abourched**                                          Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | Foreclosed Property | | | | | | | |
| Alessandro Village Plaza, LLC c/o David Maman 8721 W Sunset Blvd, Ste 208 West Hollywood, CA 90069 | - | | | | | | | | Unknown |
| Account No. BC508245 | | 3/2007 Lawsuit | | | | | | | |
| Alireza Varastehpour c/o Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP 11400 W. Olympic Blvd. 9th Fl Los Angeles, CA 90064 | | | | | | | | | 3,060,063.00 |
| Account No. 6584694 | | 3/21/06 Chase Mtg Collections Account | | | | | | | |
| Allied International Credit Corp. 1400 East Shore Drive, 3rd Fl Glen Allen, VA 23059 | - | | | | | | | | 132,061.00 |
| Account No. LC092087 | | 2011 The Almar Buildings Unpaid Rents | | | | | | | |
| Bosche & Bosche 8001 Irvine Center Drive, Ste 400 Irvine, CA 92618 | - | | | | | | | | 106,322.00 |
| **3** continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 3,298,446.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mohamed Magdi Abourched**                                              Case No. _____
                                                    _____
                                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Christopher L Dion, Esq.<br>2456 Avenida Otono<br>Thousand Oaks, CA 91362 | - | | Legal Fees | | | | 300,000.00 |
| Account No. 11267268000001<br><br>City Nat'l Bank<br>Gate Way Air<br>Wilmington, DE 19801 | - | | 8/01/07<br>Line of Credit (Settlement Agreement Arranged with Creditor's Attorney for $25,000.) | | | X | 75,050.00 |
| Account No. 3896555<br><br>City of San Diego<br>Attn: Collections Program<br>PO Box 129039<br>San Diego, CA 92112 | - | | 7/01/11<br>Government Miscellaneous Debt | | | | 116.00 |
| Account No. LC100971<br><br>Dean Okland<br>c/o SM Sanders Law Group<br>24005 Ventura Blvd<br>Calabasas, CA 91302 | - | | 2013<br>Lawsuit | | | | Unknown |
| Account No. 1001800<br><br>First California Bank<br>fka Western Commercial Bank<br>1150 Paseo Camarillo<br>Camarillo, CA 93010 | - | | 7/01/10<br>Secured | | | | Unknown |

Sheet no. __1__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    375,166.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mohamed Magdi Abourched**                                    Case No. _____
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. BC494975 | | | | | Lawsuit | | | | |
| Hill Collections LLC c/o Zakariaie & Zakariaie 10100 Santa Monica Blvd, 3rd Floor Los Angeles, CA 90067 | - | | | | | | | | Unknown |
| Account No. LC101273 | | | | | 3/07 Lawsuit | | | | |
| Joseph Kohanfars c/o Southern California Law Group 5023 North Pkwy Calabasas Calabasas, CA 91302-1421 | - | | | | | | | | Unknown |
| Account No. 2489548 | | | | | 9/01/03 Wells Fargo Collections Account | | | | |
| LHR Inc 56 Main Street Hamburg, NY 14075 | - | | | | | | | | 16,008.00 |
| Account No. | | | | | Foreclosed Property | | | | |
| Maman Properties, LLC 8721 W Sunset Blvd, Ste 208 West Hollywood, CA 90069 | - | | | | | | | | Unknown |
| Account No. BC488269 | | | | | Lawsuit | | | | |
| Passmore Properties LLC c/o Simkin & Associates 1925 Century Park East, Suite 2120 Los Angeles, CA 90067 | - | | | | | | | | Unknown |

Sheet no. __2__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,008.00

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Mohamed Magdi Abourched**                                              Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>R.O. & Charlotte R. Stewart<br>c/o David Maman<br>8721 W Sunset Blvd, Ste 208<br>West Hollywood, CA 90069 | | - | | Foreclosed Property | | | | **Unknown** |
| Account No. 09V04294 <br><br>Sean Goulden<br>c/o SKLA Advertising<br>29049 Saddlebrook Dr<br>Agoura Hills, CA 91301 | | - | | 2009<br>Judgment (Debtor Paid Judgment) | | | X | **3,056.00** |
| Account No. 10277EC245 <br><br>Toyota Financial Services<br>PO Box 8026<br>Cedar Rapids, IA 52408 | | - | | 9/01/07<br>Vehicle Deficiency | | | | **3,600.00** |
| Account No. <br><br><br><br> | | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **6,656.00** |
| | Total<br>(Report on Summary of Schedules) | **3,696,276.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Mohamed Magdi Abourched**                                     Case No. _____
_____
                              Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **BMW Financial Services**<br>**Attn: Bankruptcy Department**<br>**PO Box 3608**<br>**Dublin, OH 43016** | **2014 BMW 750i (Lease)** |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Mohamed Magdi Abourched**                                        Case No. _____
_____
                          Debtor

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mohamed Magdi Abourched** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form B 6I
## Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

| 1. Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers.<br><br>Include part-time, seasonal, or self-employed work.<br><br>Occupation may include student or homemaker, if it applies. | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | **Realtor** | |
| | Employer's name | **Self-Employed** | |
| | Employer's address | **415 N. Crescent Drive, #230**<br>**Beverly Hills, CA 90210** | |
| | How long employed there? | **8 Years** | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 0.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $ 0.00 | $ N/A |

Debtor 1    **Mohamed Magdi Abourched** _____    Case number (*if known*) _____

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $        0.00 | $        N/A |

5.    List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $        0.00 | $        N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $        0.00 | $        N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $        0.00 | $        N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $        0.00 | $        N/A |
| 5e. | Insurance | 5e. | $        0.00 | $        N/A |
| 5f. | Domestic support obligations | 5f. | $        0.00 | $        N/A |
| 5g. | Union dues | 5g. | $        0.00 | $        N/A |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $        0.00 | + $        N/A |

6.    Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $   0.00    $   N/A

7.    Calculate total monthly take-home pay. Subtract line 6 from line 4.    7.    $   0.00    $   N/A

8.    List all other income regularly received:

| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $   3,333.00 | $   N/A |
|---|---|---|---|---|
| 8b. | Interest and dividends | 8b. | $   0.00 | $   N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $   0.00 | $   N/A |
| 8d. | Unemployment compensation | 8d. | $   0.00 | $   N/A |
| 8e. | Social Security | 8e. | $   0.00 | $   N/A |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $   0.00 | $   N/A |
| 8g. | Pension or retirement income | 8g. | $   0.00 | $   N/A |
| 8h. | Other monthly income. Specify:  **Check from Iron Mountain I, LLC**<br>**($8,000 quarterly)** | 8h.+ | $   2,666.67 | + $   N/A |

9.    Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $   5,999.67    $   N/A

10.    Calculate monthly income. Add line 7 + line 9.    10.    $   5,999.67   +  $   N/A   =  $   5,999.67
       Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11.    State all other regular contributions to the expenses that you list in Schedule J.
       Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and
       other friends or relatives.
       Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
       Specify: _____    11.   +$        0.00

12.    Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
       Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it
       applies    12.    $        5,999.67

       **Combined
       monthly income**

13.    Do you expect an increase or decrease within the year after you file this form?
       ■    No.
       ☐    Yes. Explain: [                                                                                      ]

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Mohamed Magdi Abourched** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                              12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.   **Is this a joint case?**

■ No. Go to line 2.
☐ Yes. Does Debtor 2 live in a separate household?

☐ No
☐ Yes. Debtor 2 must file a separate Schedule J.

2.   **Do you have dependents?**   ☐ No

| | | | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|---|
| Do not list Debtor 1 and Debtor 2. | ■ Yes. | Fill out this information for each dependent ............. | | | ☐ No |
| | | | Daughter | 19 Years | ■ Yes |
| Do not state the dependents' names. | | | | | ☐ No |
| | | | | | ☐ Yes |
| | | | | | ☐ No |
| | | | | | ☐ Yes |
| | | | | | ☐ No |
| | | | | | ☐ Yes |

3.   **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 4,684.99 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 400.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

Debtor 1    **Mohamed Magdi Abourched**                    Case number (if known)

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 433.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 436.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 888.00 |
| | 6d. | Other. Specify:   Sanitation | 6d. $ | 472.00 |
| 7. | Food and housekeeping supplies | | 7. $ | 600.00 |
| 8. | Childcare and children's education costs | | 8. $ | 0.00 |
| 9. | Clothing, laundry, and dry cleaning | | 9. $ | 100.00 |
| 10. | Personal care products and services | | 10. $ | 0.00 |
| 11. | Medical and dental expenses | | 11. $ | 16.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 400.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | | 13. $ | 200.00 |
| 14. | Charitable contributions and religious donations | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 905.00 |
| | 15c. | Vehicle insurance | 15c. $ | 1,200.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 1,897.54 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 326.92 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I). | | 18. $ | 0.00 |
| 19. | Other payments you make to support others who do not live with you. Specify: | | 19. | 0.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.* | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | Other: Specify:   **Emergency Expenses** | | 21. +$ | 75.00 |
| 22. | Your monthly expenses. Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | 13,034.45 |
| 23. | Calculate your monthly net income. | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 5,999.67 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 13,034.45 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -7,034.78 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.
Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re   __Mohamed Magdi Abourched__                       Case No.   __1:15-bk-10388-AA__

                                        Debtor(s)           Chapter   __7__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  __24__
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  __February 20, 2015__            Signature  __/s/ Mohamed Magdi Abourched__

                                                      **Mohamed Magdi Abourched**
                                                      Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Central District of California

In re   **Mohamed Magdi Abourched**                              Case No.   **1:15-bk-10388-AA**

                                        Debtor(s)                 Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

**None**
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $160,000.00 | 2014: Business Gross Income |
| $140,664.00 | 2013: Business Gross Income |
| $87,928.00 | 2012: Business Gross Income |
| $40,000.00 | 2014: Self-Employment Income |
| $11,459.00 | 2013: Estranged Wife's Employment Income |
| $12,426.00 | 2012: Estranged Wife's Employment Income |

B7 (Official Form 7) (04/13)                                                                                                    2

---

**2. Income other than from employment or operation of business**

None
☐      State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business
during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for
each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$8,000.00** | **2015 YTD: Income from Iron Mountain I LLC** |
| **$32,000.00** | **2014: Income from Iron Mountain I LLC** |
| **$74,488.00** | **2013: Income from Rental Properties** |

---

**3. Payments to creditors**

None
■      *Complete a. or b., as appropriate, and c.*

a.      *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services,
and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value
of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were
made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an
approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include
payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐      b.      *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days**
immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such
transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on
account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit
budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other
transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Chase Manhattan Mortgage**<br>**Attn: Bankruptcy Dept**<br>**3415 Vision Drive**<br>**Columbus, OH 43219** | **November 2014**<br>**December 2014**<br>**January 2015** | **$14,054.97** | **$0.00** |
| **BMW Financial Services**<br>**Attn: Bankruptcy Department**<br>**PO Box 3608**<br>**Dublin, OH 43016** | **November 2014**<br>**December 2014**<br>**January 2015** | **$5,692.62** | **$0.00** |
| **WFS Financial/Wachovia Dealer Srvs**<br>**PO Box 3569**<br>**Rancho Cucamonga, CA 91729** | **November 2014**<br>**December 2014**<br>**January 2015** | **$980.76** | **$0.00** |

None
■      c.      *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| WESTERN COMMERCIAL BANK, a California corporation vs. MOHAMED M. ABOURCHED; IRON MT. IV LLC, a Delaware limited liability company and DOES 1 through 10, Inclusive; Case# BC446667 | 1. Breach of Prommissory Note, Loan Agreements and Change in Terms Agreements; 2. Breach in Commercial Guaranty | Superior Court of California 111 N. Hill Street Los Angeles, CA 90012 | Judgment |
| DCFS TRUST vs. MOHAMED M ABOURCHED; Case# LC088688 | Limited Civil | Superior Court of California Northwest District 6230 Sylmar Avenue Van Nuys, CA 91401 | Judgment |
| The Almar Building vs Mohamed Abourached [sic], an individual dba MSM Luxury Estates; Case# LC092087 | Unlawful Detainer | Superior Court of California Northwest District 6230 Sylmar Avenue Van Nuys, CA 91401 | Stipulated |
| DEAN OKLAND vs. BRADLEY D. ROSS, an individual, BEMEL, ROSS & KLEIN, LLP, a California limited liability partnership and 4166 MURRIETTA LLC, a California limited liability company; RAY ROSS, an individual, and MOE ABOURCHED, an individual and DOES 1 through 50, inclusive; Case# LC100971 | Unlimited Jurisdiction | Superior Court of California Northwest District 6230 Sylmar Avenue Van Nuys, CA 91401 | Pending |
| Alireza Varastehpour vs 16045 Victory Blvd., LLC, a California limited liability company; Dean Oakland [sic]; Moe Abourched; and Joseph Kohanfars, Jointly and Severally; Case# BC5508245 | Loan Default | Superior Court of California 111 N. Hill Street Los Angeles, CA 90012 | Judgment |

B7 (Official Form 7) (04/13)

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| JOSEPH KOHANFARS, an individual vs DEAN OAKLAND [sic], an individual; MOE ABOURCHED, an individual; DEAN AND MIKE VICTORY, LLC, a California Corporation; ROJAS INVESTMENTS, LLC, a California Corporation; and DOES 1-50, inclusive; Case# LC101273 | 1. Breach of Fiduciary Duty and Injunctive Relief; 2. Conversion and Misappropriation of Money; 3. Breach of Contract, Including Implied Covenant of Good Faith and Fair Dealing; 4. Fraud and Deceit; 5. Declaratory Relief; 6. Conversion; and Imposition of Contructive Trust; 7. Intentional Interference with Prospective Economic Advantage; and 8. Accounting | Superior Court of California Northwest District 6230 Sylmar Avenue Van Nuys, CA 91401 | Pending |
| PASSMORE PROPERTIES LLC vs ALL CENTURY INCORPORATED; BELMONT DEFAULT SERVICES LLC; HILL COLLECTIONS LLC; MOE ABOURCHED; YEAR ONE CAPITAL INVESTMENTS LLC; DOES 1 THROUGH 10; Case Number: BC488269 | Case Type: Quiet Title (General Jurisdiction) | Superior Court of California 111 N. Hill Street Los Angeles, CA 90012 | Pending |
| SEAN GOULDEN dba SKLA ADVERTISING vs MOHAMED M ABOURCHED dba MSM LUXURY ESTATES; Case# 09V04294 | Small Claim Suit | Superior Court of California 14400 Erwin Street Mall Van Nuys, CA 91401 | Judgment (Paid) |
| HILL COLLECTIONS LLC VS OFER DAYAN; MOE ABOURCHED; ALESSANDRO VILLAGE PLAZA LLC; ALL CENTURY INC.; ALL CENTURY INCORPORATED; DEAN H. OKLAND; PASSMORE PROPERTIES LLC; Case Number: BC494975 | Other Promissory Note/Collections (General Jurisdiction) | | Pending |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

b.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)

5

### 5. Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **First California Bank** 1150 Paseo Camarillo Camarillo, CA 93010 | **5/2014** | **16039 Victory Blvd, Van Nuys, CA 91403** |
| **Bank Leumi** 16530 Ventura Boulevard Encino, CA 91436 | **10/2013** | **Alessando Valley Plaza** |

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)    6

### 9. Payments related to debt counseling or bankruptcy

**None**
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Simon Resnik Hayes LLP** 15233 Ventura Blvd, Suite 250 Sherman Oaks, CA 91403 | **01/26/15** | **$3,115.00 Attorneys' Fees $335.00 Filing Fee** |
| **Abacus Credit Counseling** 15760 Ventura Blvd, Suite 1240 Encino, CA 91436 | **01/24/15** | **$25.00 Credit Counseling Certificate** |

### 10. Other transfers

**None**
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**None**
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

**None**
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

**None**
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

**None**
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

7

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Maria Abourched - Estranged Wife**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)

8

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| MSM Luxury Estates | 46-4929957 | 415 N Crescent Drive, Ste 230 Beverly Hills, CA 90210 | Real Estate Office; Real Estate Investments | 2007 - Present |
| Year One Capital Investment | 45-4001842 | PO Box 2539 Toluca Lake, CA 91610 | Real Estate Development (Not Currently Generating Income) | 2011 - Present |
| Iron Mountain I LLC | 56-2537498 | 6464 West Sunset Blvd, Ste 850 Los Angeles, CA 90028 | Property Investments (16% Ownership) | 2005 - Present |
| 2181 Sylvan Road, LLC | 59-3804087 | 13636 Ventura Blvd, 461 Sherman Oaks, CA 91423 | Property Investments (27.5% Ownership) | 2005 - Present |
| KM International Falls, LLC | 20-1861842 | 13903 Morrison Street Sherman Oaks, CA 91423 | Property Investments (8.69% Ownership) | 2006 - Present |
| 16045 Victory Blvd LLC | 20-8001871 | PO Box 2539 Toluca Lake, CA 91610 | Property Investments | 2007 - 5/2014 |
| Closing Escrow, LLC | 20-286290 | 415 N Crescent Drive, Ste 230 Beverly Hills, CA 90210 | Entertainment (Did not generate income) | 2009 - Present |
| Emster X, LLC | 01-0034734 | 25 West Polk Street Coalinga, CA 93210 | Property Investments (8.69% Ownership) | 2007 - Present |
| Monet Software, Inc. | 01-0739723 | 11812 San Vicente Blvd, #605 Los Angeles, CA 90049 | Investment Opportunity (Does not generate Income) | 2008 - Present |
| BCEG Construction Managements Int'l LLC | | 415 N Crescent Drive, Ste 230 Beverly Hills, CA 90210 | Construction Consulting (Not currently generating income.) | |
| Summer Investments Capital LLC | | 415 N Crescent Drive, Ste 230 Beverly Hills, CA 90210 | (Not currently generating income.) | |
| Bluesky Wealth Management LLC | | 415 N Crescent Drive, Ste 230 Beverly Hills, CA 90210 | Wealth Management Consulting (Not currently generating Income.) | |

B7 (Official Form 7) (04/13)                                                                                                                    9

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Ram LLC | | 415 N Crescent Drive, Ste 230 Beverly Hills, CA 90210 | (Not currently generating income.) | |
| Ram Internation Enterprises LLC | | 415 N Crescent Drive, Ste 230 Beverly Hills, CA 90210 | (Not currently generating income.) | |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                    DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                    ADDRESS                                    DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                            ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                    DATE ISSUED

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                                (Specify cost, market or other basis)

B7 (Official Form 7) (04/13)                                                                                                          10

None   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.
■

DATE OF INVENTORY                              NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                               RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                    NATURE OF INTEREST              PERCENTAGE OF INTEREST

None   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■      controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                                    NATURE AND PERCENTAGE
NAME AND ADDRESS                    TITLE                            OF STOCK OWNERSHIP

---

**22 . Former partners, officers, directors and shareholders**

None   a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the
■      commencement of this case.

NAME                          ADDRESS                         DATE OF WITHDRAWAL

None   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year
■      immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                       DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■      in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the
       commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                       DATE AND PURPOSE           AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR              OF WITHDRAWAL              OR DESCRIPTION AND
                                                              VALUE OF PROPERTY

---

**24. Tax Consolidation Group.**

None   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■      group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement
       of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■      employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

NAME OF PENSION FUND                                TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

B7 (Official Form 7) (04/13)

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **February 20, 2015**                Signature  **/s/ Mohamed Magdi Abourched**
                                                      **Mohamed Magdi Abourched**
                                                      Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

February 2006                                                                    2006 USBC Central District of California

## United States Bankruptcy Court
### Central District of California

In re    Mohamed Magdi Abourched _____          Case No.    1:15-bk-10388-AA _____
_____ Debtor(s)                          Chapter    7

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to **one** of the following statements:

I, __Mohamed Magdi Abourched__ , the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐          I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
             (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

■          I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐          I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐          I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
             (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐          I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐          I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date __February 20, 2015_____          Signature  __/s/ Mohamed Magdi Abourched_____
                                                          **Mohamed Magdi Abourched**
                                                          Debtor

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mohamed Magdi Abourched** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known) | **1:15-bk-10388-AA** |

Check one box only as directed in this form and in Form 22A-1Supp.

■ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 22A - 1
## Chapter 7 Statement of Your Current Monthly Income
12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

**Part 1:    Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ Not married. Fill out Column A, lines 2-11.

   ☐ Married and your spouse is filing with you. Fill out both Columns A and B, lines 2-11.

   ☐ Married and your spouse is NOT filing with you. You and your spouse are:

   ☐ Living in the same household and are not legally separated. Fill out both Columns A and B, lines 2-11.

   ☐ Living separately or are legally separated. fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |
| 5. **Net income from operating a business, profession, or farm** | | |
| Gross receipts (before all deductions) $ _____ | | |
| Ordinary and necessary operating expenses −$ _____ | | |
| Net monthly income from a business, profession, or farm $ _____  Copy here → $ _____ | | $ _____ |
| 6. **Net income from rental and other real property** | | |
| Gross receipts (before all deductions) $ _____ | | |
| Ordinary and necessary operating expenses −$ _____ | | |
| Net monthly income from rental or other real property $ _____  Copy here → $ _____ | | $ _____ |
| 7. **Interest, dividends, and royalties** | $ _____ | $ _____ |

Debtor 1    **Mohamed Magdi Abourched**                    Case number *(if known)*    **1:15-bk-10388-AA**

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. Unemployment compensation | $ _____ | $ _____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ _____ | | |
| For your spouse | $ _____ | | |

9. Pension or retirement income. Do not include any amount received that was a benefit under the Social Security Act.  | $ _____ | $ _____ |

10. Income from all other sources not listed above. Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| 10a. _____ | $ _____ | $ _____ |
| 10b. _____ | $ _____ | $ _____ |
| 10c. Total amounts from separate pages, if any. | + $ _____ | $ _____ |

11. Calculate your total current monthly income. Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____  +  $ _____  =  $ _____

**Total current monthly income**

---

**Part 2:    Determine Whether the Means Test Applies to You**

12. Calculate your current monthly income for the year. Follow these steps:

12a. Copy your total current monthly income from line 11 _____ Copy line 11 here⇒    12a.  $ _____

Multiply by 12 (the number of months in a year)    **x 12**

12b. The result is your annual income for this part of the form    12b.  $ _____

13. Calculate the median family income that applies to you. Follow these steps:

Fill in the state in which you live.    [_____]

Fill in the number of people in your household.    [_____]

Fill in the median family income for your state and size of household. _____    13.  $ _____

14. How do the lines compare?

14a.  ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.* Go to Part 3 and fill out Form 22A-2.

**Part 3:    Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X  **/s/ Mohamed Magdi Abourched**
   **Mohamed Magdi Abourched**
   Signature of Debtor 1

Date  **February 20, 2015**
      MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 22A-2.

If you checked line 14b, fill out Form 22A-2 and file it with this form.

---

Fill in this information to identify your case

Debtor 1    **Mohamed Magdi Abourched**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Central District of California

Case number    **1:15-bk-10388-AA**
(if known)

☐ Check if this is an amended filing

## Official Form 22A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/14

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 22A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 22A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| Part 1: | Identify the Kind of Debts You Have |
|---|---|

1.  Are your debts primarily consumer debts? *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the "Nature of Debts" box on page 1 of the *Voluntary Petition* (Official Form 1).

    ■ No.   Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 22A-1.

    ☐ Yes. Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2.  Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?

    ☐ No.   Go to line 3.

    ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
    10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

        ☐ No.    Go to line 3.

        ☐ Yes.   Go to Form 22A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 22A-1.

3.  Are you or have you been a Reservist or member of the National Guard?

    ☐ No.   Complete Form 22A-1. Do not submit this supplement.

    ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

        ☐ No.    Complete Form 22A-1. Do not submit this supplement.

        ☐ Yes.   Check any one of the following categories that applies:

            ☐ I was called to active duty after September 11, 2001, for at least 90 days and remain on active duty.

            ☐ I was called to active duty after September 11, 2001, for at least 90 days and was released from active duty on _____ ,which is fewer than 540 days before I file this bankruptcy case.

            ☐ I am performing a homeland defense activity for at least 90 days.

            ☐ I performed a homeland defense activity for at least 90 days, ending on _____ ,which is fewer than 540 days before I file this bankruptcy case.

    If you checked one of the categories to the left, go to Form 22A-1. On the top of page 1 of Form 22A-1, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 22A-1. you are not required to fill out the rest of Official Form 22A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

    If your exclusion period ends before your case is closed, you may have to file an amended form later.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Matthew D. Resnik<br>510 West 6th Street, Suite 1220<br>Los Angeles, CA 90014<br>(213)572-0800 Fax: (213)572-0860<br>California State Bar Number: 182562<br>matt@srhlawfirm.com | |

☐   *Debtor(s) appearing without an attorney*

■   *Attorney for Debtor(s):*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

    **Mohamed Magdi Abourched**

CASE NO.: 1:15-bk-10388-AA

CHAPTER: 7

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(d)]

Debtor(s).

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __6__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:   **February 20, 2015**              **/s/ Mohamed Magdi Abourched**
                                                       Debtor's signature

Date:   **February 20, 2015**
                                                       Joint Debtor's signature (if applicable)

Date:   **February 20, 2015**              **/s/ Matthew D. Resnik**
                                                       Attorney's signature (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2014*                                           **F 1007-1.MAILING.LIST.VERIFICATION**

Mohamed Magdi Abourched
415 N Crescent Drive, #230
Beverly Hills, CA 90210


Matthew D. Resnik
Simon Resnik Hayes LLP
510 West 6th Street, Suite 1220
Los Angeles, CA 90014


Alessandro Village Plaza, LLC
c/o David Maman
8721 W Sunset Blvd, Ste 208
West Hollywood, CA 90069


Alireza Varastehpour
c/o Wolf, Rifkin, Shapiro, Schulman
& Rabkin, LLP
11400 W. Olympic Blvd. 9th Fl
Los Angeles, CA 90064


All Century, Inc.
c/o Belmont Default Services
9924 Poole Avenue
Shadow Hills, CA 91040


Allied International Credit Corp.
1400 East Shore Drive, 3rd Fl
Glen Allen, VA 23059


Berkadia Commercial Mortgage
1 Park Plaza, #1200
Irvine, CA 92614


BMW Financial Services
Attn: Bankruptcy Department
PO Box 3608
Dublin, OH 43016

Bosche & Bosche
8001 Irvine Center Drive, Ste 400
Irvine, CA 92618


Chase Manhattan Mortgage
Attn: Bankruptcy Dept
3415 Vision Drive
Columbus, OH 43219


Chris Dion, Esquire
2456 Avenida Otono
Thousand Oaks, CA 91362


Christopher L Dion, Esq.
2456 Avenida Otono
Thousand Oaks, CA 91362


City Nat'l Bank
Gate Way Air
Wilmington, DE 19801


City of San Diego
Attn: Collections Program
PO Box 129039
San Diego, CA 92112


Comerica Bank
MC 4605
2321 Rosecrans Avenue
El Segundo, CA 90245


DCFS TRUST
Trst Pmt Dept. 100301
P.O. Box 55000
Detroit, MI 48255-1003

Dean Okland
c/o SM Sanders Law Group
24005 Ventura Blvd
Calabasas, CA 91302


First California Bank
fka Western Commercial Bank
1150 Paseo Camarillo
Camarillo, CA 93010


Frandzel Robins Bloom & Csato, L.C.
6500 Wilshire Blvd, 17th Floor
Los Angeles, CA 90048


Hill Collections LLC
c/o Zakariaie & Zakariaie
10100 Santa Monica Blvd, 3rd Floor
Los Angeles, CA 90067


Joseph Kohanfars
c/o Southern California Law Group
5023 North Pkwy Calabasas
Calabasas, CA 91302-1421


Kevin T. Simon
Simon Resnik Hayes LLP
15233 Ventura Blvd., Ste. 250
Sherman Oaks, CA 91403


Keycorp Real Estate Cap Market, Inc
911 Main Street, Suite 1500
Kansas City, MO 64105


LHR Inc
56 Main Street
Hamburg, NY 14075

Los Angeles County Sheriff's Dept.
900 Third Street, Room 1081
San Fernando, CA 91340


Maman Properties, LLC
8721 W Sunset Blvd, Ste 208
West Hollywood, CA 90069


MB Fin Services
36455 Corporate Drive
Farmington, MI 48331


Michael Simkins, Esquire
1925 Century Park East
Suite 2120
Los Angeles, CA 90067


Michigan Department of Treasury
Office of Collections
P. O. Box 30199
Lansing, MI 48909


Namco Capital Group, Inc.
12121 Wilshire Blvd., Ste 1400
Los Angeles, CA 90025


Nelson & Kennard
P.O. Box 13807
Sacramento, CA 95853


Ofer Dayan
PO Box 260394
Encino, CA 91426

Ofer Dayan
18319 Linnet Street
Tarzana, CA 91356


Office of the United States Trustee
915 Wilshire Blvd., Ste 1850
Los Angeles, CA 90017


Passmore Properties LLC
c/o Simkin & Associates
1925 Century Park East, Suite 2120
Los Angeles, CA 90067


R.O. & Charlotte R. Stewart
c/o David Maman
8721 W Sunset Blvd, Ste 208
West Hollywood, CA 90069


Sean Goulden
c/o SKLA Advertising
29049 Saddlerook Dr
Agoura Hills, CA 91301


Staten 25, LLC
Attn: David Zadeh
17914 Magnolia Blvd, #207
Encino, CA 91316


Superior Court of California
111 N. Hill Street
Los Angeles, CA 90012


Superior Court of California
14400 Erwin Street Mall
Van Nuys, CA 91401

Superior Court of California
Northwest District
6230 Sylmar Avenue
Van Nuys, CA 91401


Toyota Financial Services
PO Box 8026
Cedar Rapids, IA 52408


Wells Fargo Loan Servicing Center
PO Box 93380
Albuquerque, NM 87199-3380


WFS Financial/Wachovia Dealer Srvs
PO Box 3569
Rancho Cucamonga, CA 91729

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Matthew D. Resnik**<br>**Simon Resnik Hayes LLP**<br>**510 West 6th Street, Suite 1220**<br>**Los Angeles, CA 90014**<br>**(213)572-0800 Fax: (213)572-0860**<br>**182562**<br>☒ *Attorney for Debtor(s):* | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>    **Mohamed Magdi Abourched**<br><br>                                            Debtor(s). | CASE NO.: 1 15- BK-1U388-AA<br>CHAPTER: **7**<br>ADV. NO.: |

# ELECTRONIC FILING DECLARATION
## (INDIVIDUAL)

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

☒ Petition, statement of affairs, schedules or lists        Date Filed:  2/20/15
☐ Amendments to the petition, statement of affairs, schedules or lists        Date Filed: _____
☐ Other: _____        Date Filed: _____

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____        2/20/15
*Signature of Signing Party*        Date
**Mohamed Magdi Abourched**
 *Printed Name of Signing Party*

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____        2/20/15
*Signature of Attorney for Signing Party*        Date
**Matthew D. Resnik 182562**
 *Printed Name of Attorney for Signing Party*

---